## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION (JACKSON)

**KIMBERLY MONIQUE ROSS**
Plaintiff,

v.

**CANTON POLICE DEPARTMENT;**
**CANTON POLICE CHIEF OTHA BROWN;**
**OFFICER JOHNATHAN SMOOT; and**
**OFFICER VICTORIA KELLY,**
in their individual and official capacities,
Defendants.



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

OCT 28 2025

ARTHUR JOHNSTON
BY_____ DEPUTY

**CIVIL ACTION NO.:** 3:25-cv-824-DPJ-ASH

---

**COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND DECLARATORY JUDGMENT**

*(Pursuant to 42 U.S.C. § 1983, § 1985, and the First, Fourth, Fifth, and Fourteenth Amendments to the U.S. Constitution)*

---

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction under **28 U.S.C. §§ 1331** (federal question), **1343(a)(3)** (civil rights violations), and **2201–2202** (declaratory and injunctive relief).

2. Venue is proper under **28 U.S.C. § 1391(b)** because the events giving rise to this complaint occurred in **Madison County, Mississippi**, within this judicial district.

---

### II. PARTIES

3. Plaintiff **Kimberly Monique Ross** is a 100% disabled vulnerable adult and bone fide citizen of Hinds County, Mississippi, residing at 2957 Woodbine St, Jackson, MS 39212.

4. Defendant **Canton Police Department** is a municipal law enforcement agency operating under the City of Canton, Mississippi.

5. Defendant **Chief Otha Brown** is the Chief of the Canton Police Department and is sued in his **individual and official capacities** for supervisory and policy-based liability.

6. Defendant **Officer Johnathan Smoot** is a police officer employed by the Canton Police Department and is sued in his **individual and official capacities**.

7. Defendant **Officer Victoria Kelly** is a police officer employed by the Canton Police Department and is sued in her **individual and official capacities**.

## III. STATEMENT OF FACTS

8. On **November 5, 2023**, Plaintiff **Kimberly Monique Ross** was the victim of a violent assault in the parking lot of the **Madison County Justice Court and Canton Police Department**, where **Defendant Reta Rena Bailey** verbally threatened and intentionally struck Plaintiff with a **BMW vehicle**, causing serious injury to her right knee.

9. The assault occurred in full view of security cameras and witnesses, yet **Officers Johnathan Smoot and Victoria Kelly** failed to respond appropriately.

10. Despite Plaintiff's visible injuries and repeated pleas for assistance, Defendants **Smoot and Kelly** refused to allow Plaintiff to immediately go to emergency room form medical aid via transport by AMR, conduct an investigation, or preserve critical evidence.

11. Instead, the officers **falsely listed Plaintiff as a suspect** charging her with Aggravated Assault, while identifying the actual assailant as the victim—an act of **official misconduct and deprivation of due process**.

12. Plaintiff's civil and constitutional rights were violated when Defendants **failed to provide equal protection and access to justice** as required under the **Fourteenth Amendment**.

13. The **Canton Police Department** failed to dispatch an investigator or take witness statements at the time of the incident.

14.     **Exactly one month later**, on **December 5, 2023**, Plaintiff was finally contacted by an investigator for the first time—marking a **gross delay** in investigating an assault involving **bodily injury and a deadly weapon (vehicle)**.

15.     This prolonged inaction resulted in loss of evidence, emotional distress, and the deprivation of Plaintiff's right to due process, equal protection, and meaningful access to the courts.

16.     Chief **Otha Brown**, as the policymaker for the department, maintained customs and practices that allowed misconduct, discrimination, and deliberate indifference to victims' rights— particularly those of women and minorities.

17.     The Defendants' combined actions and omissions constitute **willful, malicious, and reckless disregard** for Plaintiff's constitutional and civil rights.

## IV. CAUSES OF ACTION

### COUNT I – VIOLATION OF 42 U.S.C. § 1983 (FOURTEENTH AMENDMENT – DUE PROCESS AND EQUAL PROTECTION)

18.     Plaintiff incorporates all preceding paragraphs.

19.     Defendants deprived Plaintiff of her rights to due process, equal protection, and bodily integrity under the Fourteenth Amendment by intentionally refusing to investigate or properly record the assault and falsely designating Plaintiff as an aggressor.

### COUNT II – VIOLATION OF 42 U.S.C. § 1983 (FOURTH AMENDMENT – UNREASONABLE SEIZURE AND FAILURE TO PROTECT)

20.     Defendants Smoot and Kelly acted under color of law when they failed to protect Plaintiff from a violent crime, falsified the report, and deprived her of the right to lawful police protection.

### COUNT III – SUPERVISORY LIABILITY (CHIEF OTHA BROWN)

21.    Chief Brown is liable under § 1983 for maintaining policies and customs of deliberate indifference to misconduct, falsification of reports, and failure to train or supervise subordinates.

22.    His failure to act upon repeated patterns of misconduct caused Plaintiff's deprivation of rights.

## COUNT IV – MUNICIPAL LIABILITY (CANTON POLICE DEPARTMENT – MONELL CLAIM)

23.    The **Canton Police Department**, through its policies, training failures, and customs, exhibited deliberate indifference to the constitutional rights of citizens by allowing officers to engage in discrimination, falsification, and failure to investigate violent crimes.

24.    Such policies were the moving force behind Plaintiff's injuries and denial of justice.

## COUNT V – CONSPIRACY TO DEPRIVE RIGHTS (42 U.S.C. § 1985)

25.    Defendants conspired to conceal the assault, deprive Plaintiff of equal protection, and obstruct justice by failing to document or investigate the incident in a lawful and impartial manner.

## V. DAMAGES AND RELIEF REQUESTED

Plaintiff seeks the following relief:

1. **Compensatory damages** of not less than **$1.9,000,000.00** for physical injury, emotional distress, humiliation, and deprivation of rights;

2. **Punitive damages** against individual defendants for their malicious and reckless disregard for Plaintiff's constitutional rights;

3. **Declaratory judgment** that Defendants' acts violated Plaintiff's federal rights;

4. **Injunctive relief** requiring the Canton Police Department to implement mandatory civil rights training, maintain transparent reporting practices, and correct Plaintiff's official record;

5. **Costs of suit and reasonable fees** under **42 U.S.C. § 1988**;

6. Any further relief this Honorable Court deems just and equitable.

## VI. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

**Respectfully submitted this** _27_ **day of** _Oct_____, **2025.**

**KIMBERLY MONIQUE ROSS, Pro Se**
2957 Woodbine Street
Jackson, Mississippi 39212
Phone: (769) 366-4414
Email: mnqcllr@gmail.com

## CERTIFICATE OF SERVICE

I, **Kimberly Monique Ross**, hereby certify that a true and correct copy of the foregoing filings has been served by U.S. Mail upon the following Defendants at their official business addresses this _27_ day of _Oct_____, 2025:

**Canton Police Department**
Attn: Chief Otha Brown
200 Park Drive
Canton, MS 39046

**Officer Johnathan Smoot**
Canton Police Department
200 Park Drive
Canton, MS 39046

**Officer Victoria Kelly**
Canton Police Department
200 Park Drive
Canton, MS 39046